UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-24136-CIV-ALTONAGA/Reid

**ROBERTO CHANG DOPICO**,

    Plaintiff,
v.

**JCRB INC.**, *et al.*,

    Defendants.
_____/

**ORDER**

**THIS CAUSE** came before the Court *sua sponte*. Federal Rule of Civil Procedure 4(m) requires service of summons and complaint to be perfected upon defendants within 90 days after the filing of the complaint. Plaintiff filed this action on October 28, 2023, and to date, there is no indication in the court file that Defendants have been served with the summons and Complaint. Therefore, on or before **January 26, 2024**, Plaintiff shall perfect service upon the Defendants or show cause why this action should not be dismissed for failure to perfect service of process. Failure to file proof of service or show good cause by January 26 will result in a dismissal without prejudice and without further notice.

**DONE AND ORDERED** in Miami, Florida, this 16th day of November, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record